UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/20

| | |
|---|---|
| United States of America, | |
| –v– | 20-cv-1782 (AJN) |
| Cheng Le, | 15-cr-38 (AJN) |
| Defendant. | ORDER |

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Movant's motion for an extension of a stay of proceedings or, in the alternative, for an extension of time to file a reply in further support of his § 2255 motion. Dkt. No. 93. In light of the challenges the COVID-19 pandemic poses, especially to incarcerated individuals, the Court grants Movant's motion for a stay and hereby stays briefing deadlines for his § 2255 for an additional 90 days. By December 21, 2020, Movant shall inform the Court whether he is able to prepare his reply at that time.

    The Clerk of Court is respectfully directed to mail this Order to Movant and note that mailing on the public docket.

    SO ORDERED.

Dated: September 21, 2020
        New York, New York

                                              ALISON J. NATHAN
                                          United States District Judge