# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd,  Suite 302**
**Bayside, New York  11361**
**Tel  (516) 829-2299**
*jp@jpittell.com*

*Long Island Office*
**10 Bond St,  Suite 389**
**Great Neck, New York  11021**
**Tel  (516) 829-2299**
*jp@jpittell.com*

January 27, 2022

Hon. Alison J. Nathan
U.S. District Court
40 Foley Sq
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/28/2022
```

Re:     Habeas Petition / Motion for Return of Property
        *Le  v. U.S.A.,* 20 cv 1782 (AJN) - *U.S.A. v. Le*, 15 cr 38 (AJN)

Dear Judge Nathan:

I submit this letter in response to the Court's Order date January 21, 2022

By this letter, I confirm I have discussed the issue set forth in the letter Mr. Le sent to the Court (which was received on January 21, 2022).

During our discussion, Mr. Le informed he will retain counsel to appear and represent him on the above referenced matters.  However, his efforts have been delayed as he has limited access to telephone and other forms of communication due to his being placed in quarantine following a positive Covid test.

My submission in the above matters is currently due on February 7, 2022.  However, in light SO of Mr. Le's intention to retain counsel, I respectfully request the submission date be extended by ORDERED. thirty days to March 9, 2022.  I have conferred with the Government and they do not oppose this request.

                        Respectfully submitted,         1/27/2022
                        /s/
                        Jeffrey G. Pittell

cc:     AUSA Jane Chong
        Cheng Le