RECEIVED
SDNY PRO SE OFFICE
2022 JUN 22 AM 10: 42

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/27/22

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CHENG LE,
Plaintiff,
v.

UNITED STATES OF AMERICA,
Defendant.

Civil Action No. 1:20-cv-01782-ALC

**MEMO ENDORSED**

## MOTION FOR AN EXTENSION OF TIME TO FILE AN APPEARANCE

The Court dismissed Plaintiff's appointed counsel and allowed him until June 15, 2022 to have newly retained counsel file an appearance of representation.

Plaintiff's family, who financially supports him, lives in China. China, as well documented in national U.S. news media, is and has been for some time, under strict lockdown due to Covid outbreaks. Even the Chinese banks remain closed. Due to this situation for which Plaintiff has no control, Plaintiff has been unable to pay his chosen counsel's required retainer fee.

Accordingly, Plaintiff respectfully asks for a sixty day extension of time for which to have counsel file its appearance of representation.

The Clerk of Court is respectfully directed to serve this Order upon pro se Plaintiff.

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
6/27/22

Respectfully submitted,

*/s/ Cheng Le*

Cheng Le
Registration No. 71803-054
Federal Correctional Institution
Beaumont - Low
P.O. BOX 26020
Beaumont, Texas  77720



Chengkle # 71803-054
FCI Beaumont
P.O. Box 26020
Beaumont, TX 77720

Pro Se
EN

U.S. District Court
500 Pearl St
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2022 JUN 22  AM 10: 16

KANSAS CITY  640
14 JUN 2022 PM 6 L