United States District Court
Southern District of New York

CHENG LE,
Plaintiff,
— v. —
UNITED STATES OF AMERICA,
Defendant.

Civil Action No. 1:20-CV-1782-ALC

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/23/22

Motion for Extension of Time
to File a Notice of Appearance

Plaintiff's family, who financially supports him, lives in Shanghai, China which, along with several other Chinese cities including Beijing where banking headquarters and agencies of the Chinese government approving international money transfers are located, has been under various lockdowns, partial or complete, during the past few months, as well documented in national US news media. Due to this extraordinary situation which is beyond the control of either the Plaintiff or his family, despite his family's repeated attempts, a transfer to the Plaintiff's chosen counsel making payment for the required retainer fee could not be sent and cleared by the Chinese government. The Court had previously granted an extension until Aug. 27, 2022. As of Aug. 15, the Plaintiff does not expect the lockdown situation to change in China before Aug. 27, and can not be confident that a notice of appearance will be filed by then. The Plaintiff is also currently seeking parallel, US-based source of funds and has yet to have much success.

Accordingly, Plaintiff respectfully requests a 30-day extension or an extension for any amount of time the Court deems fit for counsel to file notice of appearance. The Plaintiff apologizes profusely for the delays.

Respectfully submitted,

CHENG LE
Cheng Le, Plaintiff
August 15, 2022

**Extension granted. The Clerk of Court is respectfully directed to serve this order upon pro se Plaintiff.**

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
8/23/22