**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/09/2022

United States District Court
Southern District of New York

CHENG LE,
    Plaintiff,
        — v. —
United States of America,
    Defendant.

Civil Action No. 1:20-CV-1782-ALC

Motion for Extension of Time
to file a Notice of Appearance

The COVID-related restrictions imposed by the Chinese government that had called for previous extensions granted by this Court remain unchanged, leaving the Plaintiff's family still unable to complete the money transfer making payment for counsel's retainer fee. The Plaintiff therefore respectfully requests a 60-day extension or an extension of any amount of time the Court deems fit. The Plaintiff apologizes for the delays to both this Court and the Government.

Respectfully Submitted,

CHENG LE
_____
Cheng Le, Plaintiff
Nov. 20th, 2022

*Pro se* Plaintiff's application to extend his deadline to retain counsel is extended to **February 7, 2022.** The Clerk of Court is respectfully requested to mail a copy of this order to the *pro se* Plaintiff.

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
12/09/2022

Cheng Le #71803-054
FCI Beaumont.
P.O. Box 26020.
Beaumont, TX 77720.

Legal Mail

NORTH HOUSTON TX 77
21 NOV 2022 PM 5

RECEIVED
SDNY PRO SE OFFICE
2022 NOV 28 PM 2:17

⟨71803-054⟩
Pro Se Intake Unit
US District Court SDNY
500 Pearl ST
Room 200
NEW YORK, NY 10007
United States

10007-131535