MEMO ENDORSED

United States District Court
Southern District of New York

CHENG LE,
Plaintiff,

— v. —

United States of America,
Defendant.

Civil Action No.: 1-20-CV-1782-ALC

Motion for Extension of Time
to File Notice of Appearance

As widely reported in national US news media, following protests in China against zero-COVID policy, the Chinese government lifted some of the COVID restrictions which led to massive outbreaks across the country. The Plaintiff's family, who financially supports him, has tested positive for COVID-19 and been hospitalized. The Plaintiff is currently unable to reach his family and does not expect money transfer making payment for counsel's retainer fees to be made before the current deadline. Wherefore, the Plaintiff respectfully requests a 60-day extension or an extension for any amount of time the Court deems fit. The Plaintiff apologizes to both the Court and the Government for the delay.

Respectfully Submitted,

CHENG LE

Cheng Le, Plaintiff
Jan. 25th, 2023

*Pro se* Plaintiff's application to extend his deadline to retain counsel is extended to **April 10, 2023**. The Clerk of Court is respectfully requested to mail a copy of this order to the *pro se* Plaintiff.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

2/7/2023