United States District Court
Southern District of New York

CHENG LE,
Plaintiff,
— v. —
United States of America,
Defendant.

Civil Action No.: 1-20-CV-1782-ALC

Motion for an Extension of Time
to File a Notice of Appearance

The Plaintiff's family, who financially supports him, has tested positive for the new XBB 1.16 COVID variant and been hospitalized since early May. The Plaintiff had not been able to learn of this news until about 2 days ago when his parents, both now in their sixties, finally recovered enough to contact him. The Plaintiff's parents are still experiencing symptoms, and the Plaintiff can not be certain that they will be fully recovered and discharged from hospital before the current June 5 deadline to make the international money transfer in payment of counsel's retainer fees in time. Wherefore, erring on the side of caution, the Plaintiff respectfully requests a 30-day extension of the June 5, 2023 deadline or an extension of any period the Court deems fit. The Plaintiff profusely apologizes to both the Court and the Government for the delay.

Respectfully Submitted,

CHENG LE
Cheng Le, Plaintiff
May 12th, 2023

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Plaintiff's request for an extension to **July 5, 2023** is **GRANTED**. Plaintiff is advised that further extensions of the deadline are unlikely to be granted.

5/22/2023

Cheryl Le #71803-054
FCIL Beaumont
P.O. Box 26020
Beaumont, TX 77720

NORTH HOUSTON TX 773
15 MAY 2023 PM 5 L

RECEIVED
SDNY PRO SE OFFICE
2023 MAY 18 PM 2:53

#71803-054
Pro Se Intake Unit
US District Court SDNY
500 Pearl ST
Room 200
NEW YORK, NY 10007
United States

10007-131699

Legal Mail