UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHENG LE, | |
| Plaintiff, | 20-cv-1782 (ALC) |
| -against- | 15-cr-38 (ALC) |
| UNITED STATES OF AMERICA, | ORDER |
| Defendant. | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court held a status conference in this matter on August 9, 2023. As stated on the record, the parties are directed to meet and confer regarding the issue involving Plaintiff's agent, as outlined in his letter at ECF No. 60.

Additionally, the Court hereby recommends appointment of counsel in this case for the purpose of filing a reply in support of Le's pending 18 U.S.C. § 2255 motion and for the purpose of submitting further briefing addressing the appropriate next steps regarding Le's motion for return of property and motion for discovery. The CJA Clerk is respectfully directed to appoint counsel for Le consistent with this Order.

Once Mr. Le's new counsel has entered a notice of appearance, they should confer with Mr. Le and the government and submit a joint status report by **September 12, 2023** indicating a scheduling for the filing of a reply and any other next steps in this action.

So Ordered.

Dated: August 9, 2023
    New York, New York

    ANDREW L. CARTER, JR.
    United States District Judge