```
UNITED STATES DISTRICT COURT                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK               DOCUMENT ELECTRONICALLY
                                            FILED
-----------------------------------x        DOC#: _____
                                   :        DATE FILED: 8-9-23
UNITED STATES OF AMERICA           :
                                   :
         -against-                 :        ORDER
                                   :
                                   :
                                   :        15CR38 & 20cv1782(ALC)
                                   :        _____
CHENG LE                           :        Docket #
-----------------------------------x
```

**Andrew L. Carter, Jr.**, **DISTRICT JUDGE**:
_____
   Judge's Name

The C.J.A. attorney assigned to receive cases on this day, **David Wikstrom** _____ is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC _____.

SO ORDERED.

_____
**UNITED STATES DISTRICT JUDGE**

Dated:  New York, New York
        8/9/23