UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHENG LE, | |
| Plaintiff, | 20-cv-1782 (ALC) |
| -against- | 15-cr-38 (ALC) |
| UNITED STATES OF AMERICA, | **ORDER** |
| Defendant. | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the *pro se* Plaintiff's letter at ECF No. 66 indicating that he has not been in touch his with court-appointed lawyer as of September 23, 2023. Attorney David Wikstrom is ordered to file a notice of appearance in this action by **October 20, 2023** and to file a letter by **October 27, 2023** indicating whether he has conferred with his client. Counsel for the Defendant United States of America is directed to provide a copy of this Order to Mr. Wikstrom via email by **October 16, 2023**.

So Ordered.

Dated: October 13, 2023
     New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**