USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-6-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                                       Plaintiff,

        -against-                         15-CR-38 (ALC)
                                                 20-CV-1782 (ALC)

CHENG LE,                                  **ORDER**

                                  Defendant.

------------------------------------------------------------------- x

ANDREW L. CARTER, JR., United States District Judge:

The parties shall file a joint status report on **September 13, 2024**.

**SO ORDERED.**

Dated:     New York, New York
            September 6, 2024

                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**